IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PANHANDLE PLUMBING,
INC.,

      Appellant,

v.

MICHAEL C. BLANCHARD,
a/p/r of and for the Estate of
MICHAEL R. BLANCHARD,
deceased; CLAUDIA FAYE
BOROUGHS, JESSICA
AHLBERG; and WILLIAM
DAVID BLANCHARD, a minor
acting by and through his
guardian and next friend, SUSAN
WOOLRIDGE; ANDREWS
COOLING & HEATING, INC.;
JERALD E. ANDREWS and
PROFESSIONAL MOVING
SERVICES OF NORTHWEST
FLORIDA,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3474

Opinion filed October 14, 2015.

An appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

Hinda Klein of Conry Simberg, Hollywood;  and J. Michael Grimley, Jr. of
Galloway, Johnson, Tompkins, Burr & Smith, PLC, Pensacola, for Appellant.

Louis K. Rosenbloum of Louis K. Rosenbloum, P.A., Pensacola; George W. Finkbohner, III and David G. Wirtes, Jr. of Cunningham Bounds, LLC, Mobile, Alabama; and Alan B. Bookman and T. Shane Rowe of Emmanuel, Sheppard & Condon, Pensacola, for Appellees.

PER CURIAM.

AFFIRMED.

WOLF, THOMAS, and KELSEY, JJ., CONCUR.

2